IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**SHUNDRA R. SMITH**                                             **PLAINTIFF**

**V.**                                   **2:05CV0006**

**DOLGENCORP, INC.,**
**d/b/a DOLLAR GENERAL**                                          **DEFENDANT**

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

The Court has reviewed plaintiff's motion for voluntary dismissal without prejudice and the subsequent pleadings. Defendant objects to the voluntary dismissal.

"Motions to dismiss without prejudice are addressed to the sound discretion of the district courts." *Kern v. TXO Production Corp.*, 738 F.2d 968, 970 (8th Cir. 1984). "The general practice of the federal courts is to permit voluntary dismissal, 'unless the defendant will suffer some plain legal prejudice other than the mere prospect of a second lawsuit.'" *St. Paul Fire and Marine Ins. Co. v. Casualty Reciprocal Exchange*, 118 F.R.D. 480, 483 (W.D. Ark. 1987) (quoting 9 Charles A. Wright & Arthur R. Miller, Federal Practice and Procedure § 2364 at 165 (1971)).

Rule 41(a)(2) gives the court discretion to order the dismissal "upon such terms and conditions as the court deems proper." Fed. R. Civ. P. 41(a)(2). The payment to the defendant of the expenses and a reasonable attorney fee may properly be a condition of the dismissal. *Kern*, 738 F.2d at 972.

Defendant argues that Plaintiff's motion should be denied because (1) she has provided no explanation for her motion, (2) she has been uncooperative in discovery, (3) Defendant has

expended significant resources in defending the action and (4) further delay and the potential of a new lawsuit would cause undue emotional harm on the former individual defendants.

After reviewing the record, the Court finds that Plaintiff's motion should be granted. Although Plaintiff has been less than cooperative in discovery, there is no pending dispositive motion before the Court and the Court finds that Defendants have failed to demonstrate prejudice beyond the prospect of a new lawsuit. The Court finds and orders that Plaintiff will be required to pay costs and attorneys fees associated with the defense of this action should she re-file this action.

Plaintiff's motion for voluntary dismissal without prejudice (Docket # 16) is granted.

IT IS SO ORDERED this 11 day of July, 2005.

James M. Moody
United States District Judge